

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES ROBERT ELLIOT, | § | No. 08-13-00034-CR |
| Appellant, | § | Appeal from the |
| v. | § | 432nd District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC#1274489D) |
| | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes the written judgment of conviction should be modified to conform with the trial court's oral pronouncement imposing a sentence of thirty years' confinement. We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF SEPTEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating